UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HUNG V. TRAN,

           Plaintiff,

   v.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

           Defendant.

CASE NO. 2:16-cv-01375-DWC

ORDER GRANTING STIPULATED MOTION FOR REMAND

Presently before the Court is Defendant's Stipulated Motion for Remand ("Motion"). Dkt. 17. After reviewing the Motion and the relevant record, the Court orders the following:

Defendant's Motion is granted and this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the case to the Commissioner for further proceedings. *See*, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

It is ORDERED that the Commissioner's decision in regard to Plaintiff's application for supplemental security income payments under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further

administrative proceedings before an Administrative Law Judge, a de novo hearing, and a new decision.

On remand, the ALJ will:

- Reevaluate the medical opinion evidence, including the opinion of Dr. McDuffee; and
- Reevaluate credibility, residual functional capacity, and step five findings, as necessary.

The parties agree that on proper motion to the Court, Plaintiff will be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Dated this 19th day of April, 2017.

David W. Christel
United States Magistrate Judge