UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

HUNG VAN TRAN,

                    Plaintiff,

        v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

                    Defendant.

CASE NO. 2:16-cv-01375 DWC

ORDER ON STIPULATED MOTION
FOR EQUAL ACCESS TO JUSTICE
ACT FEES

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local

Magistrate Judge Rule MJR 13. *See also* Consent to Proceed before a United States Magistrate

Judge, Dkt. 6. This matter is before the Court on Plaintiff's "Stipulated Motion for Award of

Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. Section 2412(d)." Dkt. 20.

        Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the Stipulation of

the parties (Dkt. 20), attorney time itemization (Dkt. 20-2), and the relevant record, the Court

orders EAJA attorney's fees of $6,251.00 ("EAJA Award") be awarded to Plaintiff. *Astrue v.*

*Ratliff*, 560 U.S. 586, 591–97 (2010).

1      The Acting Commissioner shall contact the Department of Treasury after this Order is

2  entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the

3  Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the

4  government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly

5  to Tha Win, Plaintiff's counsel. If there is an offset, any remainder shall be made payable to

6  Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and

7  the check shall be mailed to Plaintiff's counsel, Tha Win, 606 Maynard Avenue South, Suite

8  201, Seattle, WA 98104.

9      Dated this 18th day of May, 2017.

10

11

_David W. Christel_
United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24